**RECEIVED**
IN LAKE CHARLES, LA

OCT 25 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| CHRISTINE VEZINA,<br>Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of the<br>Social Security Administration,<br>Defendant. | CIVIL ACTION NO. 05-0766<br><br>JUDGE MINALDI<br>MAGISTRATE JUDGE WILSON |

## JUDGMENT

After consideration of Defendant's Motion to Reverse and Remand and Incorporated Memorandum, the Court finds that the Motion is well-taken and should be granted. Therefore, the Court reverses the decision of the Commissioner and,

**ORDERS** that the above-captioned matter be remanded under the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for the purpose of conducting further proceedings. The case will be remanded to an Administrative Law Judge (ALJ) for further development and a new decision. The ALJ will reevaluate Plaintiff's maximum residual functional capacity and provide an appropriate rationale, with specific references to evidence in the record to support any assessed limitations. The ALJ will obtain vocational expert testimony based upon the assessed residual functional capacity to determine what jobs, if any, that Plaintiff can perform and the number of jobs available.

SIGNED this 24 day of Oct, 2005 in Lafayette, Louisiana.

UNITED STATES MAGISTRATE JUDGE